## Commonwealth *v.* Longenecker, Appellant.

Before JOHNSTONE, JR., P. J.

Submitted March 28, 1974. *D. T. Spagnoletti,* for appel-

lant; *Michael H. Ranck,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.